**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE: | Case No. 25-15858-JKS |
| | Chapter 13 |
| Kavi Gobin | |
| Debtor(s). | |

## NOTICE OF APPEARANCE

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 15th day of September, 2025, to the following:

Marc C Capone
Gillman Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
5325@notices.nextchapterbk.com
***Attorney for Debtor(s)***

Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Kavi Gobin
20 Crescent Drive S.
Byram Township, NJ 07821

***Debtor(s)***

      By:    /s/ Steven K. Eisenberg
            Steven K. Eisenberg, Esquire