**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Kavi Gobin, | Case No. 25-15858 |
| Debtor(s). | Hearing Date: November 13, 2025 |
| | Judge: John K. Sherwood |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 20, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____6,989.00_____for services rendered and expenses in the amount of $_____548.00_____for a total of $_____7,537.00_____.  The allowance is payable:

☒  $____4,537.00____ through the Chapter 13 plan as an administrative priority.

☒  $____3,000.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____per month for ____N/A____months to allow for payment of the above fee.

*rev.8/1/15*

2