UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

In Re:
Kavi Gobin

    Debtor

**Order Filed on December 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 25-15858-JKS

Judge: John K Sherwood

Hearing Date(s): November 13, 2025 at 10:00 a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 4, 2025**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Marc C Capone |
| Property Involved ("Collateral"): | 20 Crescent Dr S, Byram Township, NJ 07821 |

Relief sought:
- ☐ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for **3** months, from **09/01/2025** to **11/01/2025**.

    ☒ The Debtor is overdue for **3** payments at **$3,414.30** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☒ Applicant acknowledges Debtor's Suspense Account of **$171.40**.

    Total Arrearages Due **$10,071.50**.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of **$3,414.30**. Payment shall be made no later than **11/30/2025** and shall represent the 11/01/2025 payment.

2

☒ Beginning on **12/0/2025**, regular monthly mortgage payments shall continue to be made in the amount of **$3,414.30** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒ The amount of **$6,657.20** shall be capitalized in the debtor's Chapter 13 plan. Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of this Agreed Order to include the post-petition payments listed herein. Debtor shall also, within fourteen (14) days file an Amended Schedule I and Schedule J, if required, to demonstrate feasibility. The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Agreed Order from funds received from Debtor.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:   Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

☒ Regular monthly payment:   Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment:   _____
_____
_____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

3

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

[x] In the event that this case is dismissed, discharged or converted to a different chapter, the terms and conditions of this Agreed Order shall be deemed null and void.

5. Award of Attorneys' Fees:

[x] The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00

    The fees and costs are payable:

    [x] through the Chapter 13 plan.

    [ ] to the Secured Creditor within _____ days.

[ ] Attorneys' fees are not awarded.

_/s/ Marc C Capone_
Marc C Capone, Esquire
Counsel for Debtor


_/s/ Steven P. Kelly_
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4