| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on December 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| STERN & EISENBERG, PC<br>1120 Rt. 73, Suite 400<br>Mt. Laurel, New Jersey 08054<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456<br>Attorneys for: CrossCountry Mortgage, LLC | |
| In Re:<br>Kavi Gobin<br><br>　　　　Debtor | Case Number: 25-15858-JKS<br><br>Judge: John K Sherwood<br><br>Hearing Date(s): November 13, 2025 at 10:00 a.m.<br><br>Chapter: 13 |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: December 4, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Marc C Capone |
| Property Involved ("Collateral"): | 20 Crescent Dr S, Byram Township, NJ 07821 |

Relief sought:  ☐ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 3 months, from **09/01/2025** to **11/01/2025**.

    ☒ The Debtor is overdue for 3 payments at **$3,414.30** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☒ Applicant acknowledges Debtor's Suspense Account of **$171.40**.

    Total Arrearages Due **$10,071.50**.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of **$3,414.30**. Payment shall be made no later than **11/30/2025** and shall represent the 11/01/2025 payment.

[x] Beginning on **12/0/2025**, regular monthly mortgage payments shall continue to be made in the amount of **$3,414.30** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

[ ] Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

[x] The amount of **$6,657.20** shall be capitalized in the debtor's Chapter 13 plan. Debtor shall file a Modified Chapter 13 Plan within fourteen (14) days of this Agreed Order to include the post-petition payments listed herein. Debtor shall also, within fourteen (14) days file an Amended Schedule I and Schedule J, if required, to demonstrate feasibility. The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Agreed Order from funds received from Debtor.

3. Payments to the Secured Creditor shall be made to the following address(es):

[x] Immediate payment:     **Nationstar Mortgage LLC**
                            **Attn: Bankruptcy Department**
                            **P.O. Box 619094**
                            **Dallas, TX 75261-9741**

[x] Regular monthly payment:   **Nationstar Mortgage LLC**
                                **Attn: Bankruptcy Department**
                                **P.O. Box 619094**
                                **Dallas, TX 75261-9741**

[ ] Monthly cure payment:   _____
                            _____
                            _____

4. In the event of Default:

[x] If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

3

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

[x] In the event that this case is dismissed, discharged or converted to a different chapter, the terms and conditions of this Agreed Order shall be deemed null and void.

5. Award of Attorneys' Fees:

    [x] The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00

        The fees and costs are payable:

        [x] through the Chapter 13 plan.

        [ ] to the Secured Creditor within _____ days.

        [ ] Attorneys' fees are not awarded.

_____
Marc C Capone, Esquire
Counsel for Debtor


_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

Rev.8/1/15

4

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15858-JKS |
| Kavi Gobin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Kavi Gobin ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 04, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6