| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>KAVI GOBIN | Case No.: 25-15858<br><br>Adv. No.:<br><br>Hearing Date:  02/26/2026<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 01/21/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
KAVI GOBIN
20 CRESCENT DRIVE S.
BYRAM TWP., NJ  07821
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GILLMAN & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ  08837
Mode of Service:  ECF and/or Regular Mail

Dated:  January 21, 2026

By:  /S/  Keith Guarneri
      Keith Guarneri