UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for the Debtor

By: Marc C. Capone, Esq.

| | |
|---|---|
| In Re:<br><br>  Kavi Gobin | Case No.: _____25-15858_____<br><br>Judge: \_\_\_John K. Sherwood\_\_\_\_<br><br>Chapter:                13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____February 26, 2026_____, at \_\_10:00am\_\_.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

☒ Payments have been made in the amount of $ _____856.25_____, but have not

been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

I made two payments totaling $856.25 that posted after the motion was filed. I
will be able to make a payment of $1,500.00 to the Trustee by February 20, 2026.
I would ask that any outstanding arrears to the Trustee be amortized over the
remaining months of my Chapter 13 Plan. I will make the necessary changes to
my weekly TFS payment amount to cover the increase in the Plan payments.

☐  Other (**explain your answer**):

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _2/19/26_____          _/s/ Kavi Gobin_____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*