Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15858−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kavi Gobin
   20 Crescent Drive S.
   Byram Twp., NJ 07821

Social Security No.:
   xxx−xx−7615

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        4/23/26
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
$1,872.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 19, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 25-15858-JKS |
|---|---|---|
| Kavi Gobin | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 137 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 21:39:41 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520674914 | | Email/Text: rm-bknotices@bridgecrest.com | Mar 19 2026 21:32:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 520679026 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 21:39:40 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520774803 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 21:39:41 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 520674915 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2026 21:32:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520674916 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2026 21:39:41 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520775677 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2026 21:31:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520674917 | | Email/Text: bankruptcycourts@equifax.com | Mar 19 2026 21:31:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520674918 | ^ | MEBN | Mar 19 2026 21:27:08 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520674919 | | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 19 2026 21:31:00 | Jersey Central Power & Light, PO Box 3687, Akron, OH 44309 |
| 520703743 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Mar 19 2026 21:31:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |

| | | | |
|---|---|---|---|
| 521018961 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 19 2026 21:39:20 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521018960 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 19 2026 21:39:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520704826 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Mar 19 2026 21:30:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520674920 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Mar 19 2026 21:31:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 520702600 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 19 2026 21:39:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520674921 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 19 2026 21:39:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520674922 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 19 2026 21:30:00 | Robertson, Anshutz, Schneid, Crane and Partners PL, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 520775845 | Email/Text: bankruptcy@mtabt.org | | |
| | | Mar 19 2026 21:31:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520674923 | ^ MEBN | | |
| | | Mar 19 2026 21:26:40 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | |
| | on behalf of Debtor Kavi Gobin ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |

District/off: 0312-2                          User: admin                                          Page 3 of 3
Date Rcvd: Mar 19, 2026                       Form ID: 137                                    Total Noticed: 25

Marie-Ann Greenberg

     magecf@magtrustee.com

Steven Eisenberg

     on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
     jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

     on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6