STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on April 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### (NEWARK DIVISION)

| | |
|---|---|
| In Re:<br><br>    Kavi Gobin<br><br>        Debtor(s) | Chapter 13<br><br>Case Number: 25-15858-JKS<br><br>Hearing:<br><br>Judge: John K. Sherwood |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | | ☐ Followed | ☑ | Modified |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: April 2, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

(page 2)
Debtor: Kavi Gobin
Case Number: 25-15858-JKS

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of CrossCountry Mortgage, LLC through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

☑    Real Property more fully described as:

20 Crescent Dr S, Byram Township, NJ 07821 -- the "Property".

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐    Personal Property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-15858-JKS

Kavi Gobin                                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marc C Capone | on behalf of Debtor Kavi Gobin ecf@gillmancapone.com<br>GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,<br>jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 02, 2026                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6