| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.:  25-15858 |
| IN RE:<br><br>KAVI GOBIN | Adv. No.:<br><br>Hearing Date:  05/14/2026<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1.  I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 04/07/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
KAVI GOBIN
20 CRESCENT DRIVE S.
BYRAM TWP., NJ  07821
Mode of Service:  Regular Mail

Attorney for Debtor(s):
GILLMAN & CAPONE, LLC
770 AMBOY AVENUE
EDISON, NJ  08837
Mode of Service:  ECF and/or Regular Mail

Dated:  April 07, 2026

By:  /S/  Keith Guarneri
Keith Guarneri