**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on April 24, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>  Kavi Gobin,<br><br>      Debtor(s). | Chapter 13<br><br>Case No. 25-15858<br><br>Hearing Date: April 23, 2026<br><br>Judge:  John K. Sherwood |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 24, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,872.00_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,872.00_____. The allowance is payable:

☒  $____1,872.00____ through the Chapter 13 plan as an administrative priority.

☒  $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,876.00____per month for ____50____months beginning May 2026 to allow for payment of the above fee.

*rev.8/1/15*