**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on April 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>  Kavi Gobin,<br><br>        Debtor(s). | Chapter 13<br><br>Case No. 25-15858<br><br>Hearing Date: April 23, 2026<br><br>Judge:  John K. Sherwood |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 24, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,872.00_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,872.00_____.  The allowance is payable:

☒  $___1,872.00___ through the Chapter 13 plan as an administrative priority.

☒  $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,876.00____per month for ___50____months beginning May 2026 to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-15858-JKS

Kavi Gobin                                                                                          Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                                    Page 1 of 2

Date Rcvd: Apr 24, 2026                   Form ID: pdf903                                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID              Recipient Name and Address**
db                        +  Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

**Name                        Email Address**

Marc C Capone

                                  on behalf of Debtor Kavi Gobin ecf@gillmancapone.com
                                  GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.
                                  com

Marie-Ann Greenberg

                                  magecf@magtrustee.com

Matthew K. Fissel

                                  on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

                                  on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                                  jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

                                  on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0312-2                       User: admin                              Page 2 of 2
Date Rcvd: Apr 24, 2026                    Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6