Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15858−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kavi Gobin
    20 Crescent Drive S.
    Byram Twp., NJ 07821

Social Security No.:
    xxx−xx−7615

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/18/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 18, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-15858-JKS

Kavi Gobin                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 3

Date Rcvd: May 18, 2026                    Form ID: 148                              Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| cr | + | Jenelle C. Arnold ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2026 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2026 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | May 19 2026 01:04:00 | Bridgecrest Credit Company, LLC as Servicer for Ca, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520674914 | | Email/Text: rm-bknotices@bridgecrest.com | May 18 2026 21:35:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 520679026 | + | EDI: AISACG.COM | May 19 2026 01:04:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520774803 | + | EDI: AISACG.COM | May 19 2026 01:04:00 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 520674915 | + | EDI: CCS.COM | May 19 2026 01:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520674916 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2026 21:39:08 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520775677 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 18 2026 21:34:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520674917 | | Email/Text: bankruptcycourts@equifax.com | May 18 2026 21:34:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520674918 | ^ | MEBN | May 18 2026 21:29:36 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520674919 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 18 2026 21:34:00 | Jersey Central Power & Light, PO Box 3687, Akron, OH 44309 |
| 520703743 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 18 2026 21:34:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |

District/off: 0312-2 | User: admin | Page 2 of 3

Date Rcvd: May 18, 2026 | Form ID: 148 | Total Noticed: 25

| | | | |
|---|---|---|---|
| 521018961 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2026 21:38:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521018960 | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2026 21:39:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520704826 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 18 2026 21:33:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520674920 | + Email/Text: nsm_bk_notices@mrcooper.com | May 18 2026 21:34:00 | Nationstar Mortgage Ll, Po Box 612488, Dallas, TX 75261-2488 |
| 520702600 | EDI: PRA.COM | May 19 2026 01:04:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520674921 | EDI: PRA.COM | May 19 2026 01:04:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520674922 | + Email/Text: RASEBN@raslg.com | May 18 2026 21:33:00 | Robertson, Anshutz, Schneid, Crane and Partners PL, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 520775845 | Email/Text: bankruptcy@mtabt.org | May 18 2026 21:34:00 | Triborough Bridge and Tunnel Authority, TBTA Toll Group, 2 Broadway, 24th Floor, New York, NY 10004 |
| 520674923 | ^ MEBN | May 18 2026 21:28:55 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marc C Capone | on behalf of Debtor Kavi Gobin ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2                          User: admin                              Page 3 of 3
Date Rcvd: May 18, 2026                       Form ID: 148                     Total Noticed: 25

on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6