| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>　KAVI GOBIN |

**Order Filed on May 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Chapter 13 Case No.:  25-15858**

**HEARING DATE:  05/14/2026**

**Judge:  JOHN K. SHERWOOD**

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 18, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  25-15858

Caption of Order:      ORDER DISMISSING PETITION

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to

Dismiss on 05/14/2026, and the Court having been satisfied that proper service and notice was

effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13

Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order,

it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13

and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional

application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13


ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from

payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable

Trustee fees and commisions, except any adequate protection payments due under the proposed plan or

by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 25-15858-JKS

Kavi Gobin                                                                          Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                     User: admin                                                 Page 1 of 2

Date Rcvd: May 18, 2026                            Form ID: pdf903                                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID                    Recipient Name and Address**
db                        + Kavi Gobin, 20 Crescent Drive S., Byram Twp., NJ 07821-4006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Marc C Capone
                                  on behalf of Debtor Kavi Gobin ecf@gillmancapone.com
                                  GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.
                                  com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Matthew K. Fissel
                                  on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
                                  on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                                  jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
                                  on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

District/off: 0312-2                    User: admin                                        Page 2 of 2
Date Rcvd: May 18, 2026                 Form ID: pdf903                                     Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6